**Order entered December 28, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00848-CV

## A22 TRANSPORTATION CO., INC., Appellant

## V.

## RONALD THOMAS, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-19059**

## ORDER

Before the Court is the December 23, 2020 request of Antionette Reagor, Official Court Reporter for the 68th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the motion and extend the time to **January 27, 2021**. We caution Ms. Reagor that further requests will be disfavored.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE